# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN DAVENPORT and JUDITH DAVENPORT, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 15-cv-10947 |
| v. | ) ) | The Honorable |
| | ) | Virginia M. Kendall |
| ROUNDPOINT MORTGAGE SERVICING CORP., GATEWAY MORTGAGE GROUP LLC and ELECTRONIC REGISTRATION SYSTEMS, INC., a/k/a MERSCORP, | ) ) ) ) ) | Magistrate Judge Sheila M. Finnegan |
| Defendants. | ) ) | |

## GATEWAY MORTGAGE GROUP LLC'S
## CORPORATE DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE 7.1 AND LOCAL RULE 3.2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, Defendant Gateway Mortgage Group LLC states as follows:

1. Defendant Gateway Mortgage Group LLC has no parent company and no publically held corporation owns 10% or more of its stock.

2. Gateway Mortgage Group LLC has the following affiliates, as defined in Local Rule 3.2:

- The John Kevin Stitt and Sarah Ruth Stitt Living Trust dated March 3, 2003;
- The John Andrew Stitt Irrevocable Trust, dated July 12, 2012;
- The Kate Valentine Stitt Irrevocable Trust, dated July 12, 2012;
- The Kennedy Piper Stitt Irrevocable Trust, dated July 12, 2012;
- The Natalie Alexis Stitt Irrevocable Trust, dated July 12, 2012;
- The Remington Hazen Stitt Irrevocable Trust, dated July 12, 2012; and
- The William Houston Stitt Irrevocable Trust, dated November 1, 2014.

Defendant Gateway Mortgage Group LLC reserves the right to supplement this disclosure statement as needed.

| DATED:  February 12, 2016 | GATEWAY MORTGAGE GROUP LLC |
|---|---|
| | By:     /s/ Ryan M. Holz |
| | One of Its Attorneys |

Ryan M. Holz
rholz@lockelord.com
W. Patrick Conlon
wpatrick.conlon@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois  60606
Phone:  312-443-0700


## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Ryan M. Holz, an attorney for Defendants RoundPoint Mortgage Servicing Corp., Gateway Mortgage Group LLC, and Mortgage Electronic Registration Systems, Inc. hereby certify that on February 12, 2016, filing and service of the foregoing *Gateway Mortgage Group LLC's Corporate Disclosure Statement Pursuant to Federal Rule 7.1 and Local Rule 3.2* was accomplished pursuant to ECF as to Filing Users, and I shall comply with Fed. R. Civ. P. 5(a) and L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

                         /s/ Ryan M. Holz

Mailed on February 12, 2016 to:

Marvin Davenport
Judith Davenport
2703 West Harrison Street
Chicago, Illinois 60612